IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02883-AP

SHALONDA L. HICKS,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Virginia L. Card Smith
1763 Franklin Street
Denver, CO 80218-1124
Phone: (303) 394-9945
Fax: (303)832-6947
E-mail: vsmith3470@aol.com

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Civil Chief

WILLIAM G. PHARO
Assistant United States Attorney
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone:(303) 844-1571
david.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**    **Date Complaint Was Filed:** November 4, 2011

      **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** November 18, 2011

      **C.**    **Date Answer and Administrative Record Were Filed:** January 17, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.     **Plaintiffs Opening Brief Due:** March 19, 2012

B.     **Defendant's Response Brief Due:** April 18, 2012

C.     **Plaintiffs Reply Brief (If Any) Due:** May 3, 2012

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.     **Plaintiffs Statement:**  Plaintiff requests oral argument.

B.     **Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of February, 2012.

                                BY THE COURT:

                                *s/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Virginia L. Card Smith<br>Virginia L. Card Smith.<br>1763 Franklin Street<br>Denver, CO 80218<br>Phone: (303) 394-9945<br>Fax: (303) 832-6947<br>E-mail: vsmith3470@aol.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br>KEVIN TRASKOS<br>Civil Chief<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>William.Pharo@usdoj.gov<br>By:  s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |