IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-02883-MSK

SHALONDA L. HICKS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion, Order and Judgment filed on March 29, 2013, (**Doc. #28**), it is

ORDERED that the Commissioner of Social Security's decision is REVERSED, the case is remanded pursuant to the Court's directions in the Order, and the case is closed. It is further

ORDERED that plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day March, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.